DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAUL PRESIADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RAUL PRESIADO,<br><br>            Defendant.<br>_____ | NO. CR.S-10-172-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date: July 2, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RAUL PRESIADO, that the status conference hearing date of June 18, 2010 be vacated, and the matter be set for status conference on July 2, 2010 at 9:00 a.m.

      The reason for this continuance is to allow both counsel additional time to receive the PSR and plea agreement, and then to review it with the defendant.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 2, 2010 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 17, 2010.            Respectfully submitted,

                                                      DANIEL J. BRODERICK
                                                     Federal Public Defender

                                                     /s/ Caro Marks
                                                     CARO MARKS
                                                     Designated Counsel for Service
                                                     Attorney for RAUL PRESIADO

DATED: June 17, 2010.            BENJAMIN WAGNER
                                                     United States Attorney

                                                     /s/ Caro Marks for
                                                     MICHAEL ANDERSON
                                                     Assistant U.S. Attorney
                                                     Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 18, 2010, status conference hearing be continued to July 2, 2010, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 2, 2010 status conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 17, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge