```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
RAUL PRESIADO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-10-172-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| RAUL PRESIADO, ) | |
| ) | Date: July 9, 2010 |
| Defendant. ) | Time: 9:00 am. |
| _____ ) | Judge: Hon. Garland E. Burrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for RAUL PRESIADO, that the status conference hearing date of July 2, 2010 be vacated, and the matter be set for status conference on July 9, 2010 at 9:00 am.

   The reason for this continuance is to allow defense counsel to review the PSR and plea agreement, and then to review it with the defendant. Defense counsel has been away for a family emergency and needs the additional time to meet with the defendant, explore possible defenses, and review the "Alien Pre-Plea Presentence Report" and plea agreement.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 9, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   June 30, 2010.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Caro Marks
                                           CARO MARKS
                                           Designated Counsel for Service
                                           Attorney for RAUL PRESIADO

DATED:   June 30, 2010.                    BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Michael Anderson
                                           MICHAEL ANDERSON
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


                                  ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 2, 2010, status conference hearing be continued to July 9, 2010, at 9:00 am.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the

2

best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 9, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   June 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge